LOCKE LORD BISSELL & LIDDELL LLP
Conrad V. Sison (SBN: 217197)
csison@lockelord.com
Matthew B. McClendon (SBN: 256031)
mmcclendon@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071-3119
Telephone: (213) 485-1500
Facsimile: (213) 485-1200

Attorneys for Defendant
DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY MSAC 2007-HE1 (incorrectly sued herein as "DEUTSCHE BANK NATIONAL TRUST COMPANY")

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAIVIA KIRKWOOD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>T.D. SERVICE COMPANY AND DEUTSCHE BANK NATIONAL TRUST COMPANY, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO. 08-CV-03178-GEB-GGH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE'S MOTION TO EXPUNGE NOTICE OF PENDENCY OF ACTION**<br><br>Honorable Garland E. Burrell, Jr. |

///
///
///
///
///
///

The Court, having considered the Motion to Expunge Notice of Pendency of Action pursuant to California Code of Civil Procedure §§ 405.30, 405.31, and 405.32, hereby GRANTS the Motion to Expunge and ORDERS that the "Notice of Pendency of Action" recorded in the Official Records of San Joaquin County as Document No. 2008-196477 on December 23, 2008 in connection with this action is hereby expunged.

**IT IS SO ORDERED.**

**DATED:  March 27, 2009**

_____
GARLAND E. BURRELL, JR.
United States District Judge

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071

**Locke Lord Bissell & Liddell LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

## **CERTIFICATE OF SERVICE**

I, Matthew B. McClendon, an attorney, do hereby certify that on March 26, 2009, I caused a copy of the foregoing [PROPOSED] ORDER GRANTING DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE'S MOTION TO EXPUNGE NOTICE OF PENDENCY OF ACTION to be served by the method so indicated below upon the following parties:

Mitchell W. Roth
*Or attorney currently responsible for the matter referenced herein*
M.W. Roth, PLC
13245 Riverside Drive, Suite 510
Sherman Oaks, California 91423

*Via U.S. Mail, postage prepaid.*

Dated: March 26, 2009     By:     /s/ Matthew B. McClendon__
                                  Matthew B. McClendon

3

[Proposed] Order Granting Defendant Deutsche Bank National Trust Company, as Trustee's Motion to Expunge Notice of Pendency of Action