UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MAIVIA KIRKWOOD,

        Plaintiff,

  v.

T.D. SERVICE COMPANY, and Does 1 through 50,

        Defendants.[1]

2:08-cv-03178-GEB-GGH

<u>ORDER VACATING OSC AND CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(m) NOTICE</u>

On April 9, 2009, Plaintiff was issued an Order to Show Cause (also called "OSC") why sanctions should not be imposed because of her failure to file a status report. However, later the same day, the undersigned judge received a notice from the State Bar of California that Mitchell Roth, who represents Plaintiff in this case, is no longer authorized to represent Plaintiff. Therefore, Plaintiff is proceeding pro se and the April 9, 2009 Order to Show Cause is withdrawn. Since Plaintiff now represents herself in this case, the Clerk of the Court shall add Plaintiff's last known address to the service list for this action, which is identified in Plaintiff's Complaint as 3014 Burl Hollow Drive, Stockton, California 95209,; and shall serve a copy of this Order on Plaintiff.

---

[1] The caption was modified to reflect dismissal of Defendant Deutsche Bank National Trust Company by Order filed March 20, 2009.

Further, the Clerk of the Court shall add Defendant T. D. Service Company to the service list since it is unclear whether this Defendant has been served documents; and this Defendant shall also be served with a copy of this Order.

The Status (Pretrial Scheduling) Conference now scheduled for May 11, 2009, is continued to commence at 9:00 a.m. on June 1, 2009. Each party shall file a status report no later than May 18, 2009. The Clerk of the Court shall attach a copy of the Order Setting Status (Pretrial Scheduling) Conference to this Order.

Further, Plaintiff is warned that any defendant not served with process in this action on or before May 18, 2009, may be dismissed without prejudice under Fed. R. Civ. P. 4(m). Plaintiff shall explain whether she has served Defendant in her status report due on or before May 18, 2009.

IT IS SO ORDERED.

Dated: April 20, 2009

GARLAND E. BURRELL, JR.
United States District Judge