IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAIVIA KIRKWOOD, | ) | 2:08-cv-03178-GEB-GGH |
| | ) | |
| Plaintiff, | ) | ORDER TO SHOW CAUSE |
| | ) | AND CONTINUING STATUS |
| v. | ) | (PRETRIAL SCHEDULING) |
| | ) | CONFERENCE |
| T.D. SERVICE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

The April 21, 2009, Order ("April 21 Order") rescheduled the status conference in this case for June 1, 2009, and required each party to file a status report by May 18, 2009. Plaintiff failed to file a status report as ordered.

Plaintiff is Ordered to Show Cause ("OSC") in a writing to be filed on or before June 29, 2009, why sanctions should not be imposed against Plaintiff under Rule 16(f) of the Federal Rules of Civil Procedure for failure to file a timely status report. The written response shall also state whether a hearing is requested

on the OSC.[1]  If a hearing is requested, it will be held on June 29, 2009, in courtroom 10 at 9:00 a.m., just prior to the status conference, which is rescheduled to that date.  In accordance with the requirements set forth in the April 21 Order, a status report shall be filed no later than fourteen days prior to the status conference.

IT IS SO ORDERED.

Dated: May 20, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] "If the fault lies with the attorney, that is where the impact of sanction should be lodged.  If the fault lies with the clients, that is where the impact of the sanction should be lodged." Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985).  Sometimes the faults of attorneys, and their consequences, are visited upon clients. In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).