UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
MAIVIA KIRKWOOD,                    )
                                    )    2:08-cv-03178-GEB-GGH
          Plaintiff,                )
                                    )    ORDER STRIKING
     v.                             )    DUPLICATIVE
                                    )    DECLARATION
T.D. SERVICE COMPANY, and           )
Does 1 through 50,                  )
                                    )
          Defendants.               )
                                    )
```

      The declaration filed June 16, 2009 (document number 26), is stricken since the essence of what is contained in the declaration is already contained in the declaration filed May 28, 2009 (document number 25). Such filings cause a judge to do unnecessary work.

Dated: June 18, 2009

                                      _____
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge