1

2

3

4

5

6

7                           UNITED STATES DISTRICT COURT

8                           EASTERN DISTRICT OF CALIFORNIA

9    MAIVIA KIRKWOOD,                    )
                                         )        2:08-cv-03178-GEB-GGH
10                   Plaintiff,          )
                                         )        ORDER
11            v.                         )
                                         )
12   T.D. SERVICE COMPANY, and Does      )
     1 through 50,                       )
13                                       )
                     Defendants.         )
14   _____)

15           Plaintiff Maivia Kirkwood has not yet filed a status

16   report in this case.  Plaintiff is warned that she risks having

17   this lawsuit dismissed if she fails to comply with filing

18   requirements in court orders.  Since no status report was filed,

19   the status conference scheduled for hearing on June 29, 2009, is

20   rescheduled for hearing commencing at 9:00 a.m. on August 10, 2009.

21   Each party shall file a status report fourteen days before the

22   August 10, 2009, status conference.

23           Further, the hearing on the Order to Show Cause issued to

24   Plaintiff Kirkwood scheduled to commence at 9:00 a.m. on June 29,

25   2009 REMAINS scheduled to commence at 9:00 a.m. on June 29, 2009.

26           Lastly, since Plaintiff Kirkwood does not appear to be

27   prosecuting this case, which is evidenced in part by Plaintiff's

28   failure to file two status reports required by separate orders,

1  Plaintiff Kirkwood SHALL explain in a document filed before noon on

2  July 15, 2009, why this case should not be dismissed because of

3  Plaintiff's failure to prosecute the case.  Plaintiff Kirkwood is

4  warned that if she fails to file a document before noon on July 15,

5  2009, in which she explains why this case should not be dismissed

6  because of Plaintiff's failure to prosecute this case, this case

7  could be dismissed on July 15, 2009.

8          IT IS SO ORDERED.

9  Dated:  June 26, 2009

10

11  _____
    GARLAND E. BURRELL, JR.
12  United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28