UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MAIVIA KIRKWOOD,<br><br>        Plaintiff,<br><br>    v.<br><br>T.D. SERVICE COMPANY, and DOES 1 through 50,<br><br>        Defendants. | 2:08-cv-03178-GEB-GGH<br><br><u>ORDER OF DISMISSAL</u> |

The Order filed on June 26, 2009 ("June 26 Order"), required Plaintiff to respond "in a document filed before noon on July 15, 2009, why this case should not be dismissed because of Plaintiff's failure to prosecute the case." The June 26 Order further warned Plaintiff that "this case could be dismissed on July 15, 2009", if she fails to file the required document.

Since Plaintiff failed to file the document required, this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: July 15, 2009

GARLAND E. BURRELL, JR.
United States District Judge